| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2007 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Duffey, Jr., William S | 2. Court or Organization<br><br>Northern District of Georgia | 3. Date of Report<br><br>05/08/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Court - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>1721 United States Courthouse<br>75 Spring Street, S.W.<br>Atlanta, GA 30303-3309 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions.)

☑ NONE (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2008 MAY 19 P 1: 25 FINANCIAL DISCLOSURE OFFICE

# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions.)

☑ NONE (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Random House, Inc. - Royalties from copyrights |
| 2. 2007 | Holtzbrink Publishing Holdings, LP - royalties from copyrights |
| 3. 2007 | Penguin Group (USA) Inc. - royalties from copyrights |
| 4. 2007 | Self-employed writer |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S | 05/08/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Duffey, Jr., William S | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account #2 | | | | | | | | | |
| 2. -MS Bank Deposit Program | A | Interest | K | T | | | | | |
| 3. -American LTD Term Tax-Ex Bond | A | Interest | K | T | | | | | |
| 4. -Franklin Mutual Shares Fund | B | Dividend | L | T | | | | | |
| 5. | B | Distribution | | | | | | | |
| 6. -Morgan Stanley Asia Pacific | A | Dividend | | | Sell | 09-28 | L | E | |
| 7. -Troup Co Facs BE | A | Interest | | | Sell | 06-01 | K | | |
| 8. -A Atlanta WTR-A BE | B | Interest | K | T | | | | | |
| 9. -Van Kampen Emerging Market Fund | E | Distribution | M | T | Partial Sale | 01-08 | J | D | |
| 10. | D | Dividend | | | | | | | |
| 11. -Van Kampen Equity Growth Fund | | None | L | T | | | | | |
| 12. -Ishares Goldman Sachs Tec Ind | A | Dividend | | | Sell | 09-28 | K | C | |
| 13. | A | Distribution | | | | | | | |
| 14. -Vanguard European Vipers | | None | | | Sell | 09-28 | K | D | |
| 15. -Powershares Exchange Tr FD | A | Dividend | | | Sell | 09-28 | K | C | |
| 16. -Unit Van Kampen Equity Allocation Portfolio | A | Dividend | M | T | Buy | 09-28 | M | | |
| 17. | A | Distribution | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  IRA #1 | C | Dividend | N | T | | | | | |
| 19. | C | Interest | | | | | | | |
| 20.  -MS Bank Deposit Program (Formerly Liquid Asset Fund) | | | | | | | | | |
| 21.  -Health Care Sel Sect Spdr | | | | | Sell | 09-13 | K | D | |
| 22.  -Ishares MSCI Eafe Fund | | | | | Sell | 06-14 | K | D | |
| 23.  -Powershares Hi Yld Eq Div | | | | | Sell | 06-14 | K | A | |
| 24.  -Utilities Sel Sect Spdr Fund | | | | | Sell | 06-14 | J | C | |
| 25.  -Government National Mortgage Assn Pool 7.5% | | | | | Sell | 05-15 | J | A | |
| 26.  -FHR 2920 WG 5.25% | | | | | Partial Sale | 11-15 | J | | |
| 27.  -Federal National Mtg Assn | | | | | Partial Sale | 12-25 | J | | |
| 28.  -MS International Small Cap | | | | | Sell | 03-02 | J | | |
| 29.  -MS Special Value Fund B | | | | | Sell | 03-02 | J | | |
| 30.  -MS International Fund C | | | | | | | | | |
| 31.  -MS Special Value Fund A | | | | | Sell | 03-02 | J | A | |
| 32.  -Fed Home Ln Bk 5.00% | | | | | | | | | |
| 33.  -Franklin Perspectives All C | | | | | Buy | 09-14 | K | | |
| 34.  -AIPABSRT | | | | | Buy | 07-01 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   IRA #2 | D | Dividend | M | T | | | | | |
| 36. | D | Interest | | | | | | | |
| 37.   -MS Bank Deposit Program | | | | | | | | | |
| 38.   -Eaton Vance LTD Duration Inc. | | | | | Transfer Out | 09-17 | K | | |
| 39.   -Ishares DJ Basic Materials | | | | | Transfer Out | 09-17 | K | | |
| 40.   -Ishares DJ Healthcare | | | | | Transfer Out | 09-17 | L | | |
| 41.   -Ishares DJ Financial | | | | | Partial Sale | 03-02 | L | E | |
| 42. | | | | | Transfer Out | 09-17 | L | | |
| 43.   -Ishares DJ Consumer Cyclical | | | | | Partial Sale | 08-28 | J | B | |
| 44. | | | | | Transfer Out | 09-17 | K | | |
| 45.   -Ishares S&P Global Energy | | | | | Transfer Out | 09-17 | M | | |
| 46.   -Morgan Stanley Emerg Mkts Fund | | | | | Sell | 03-02 | K | D | |
| 47.   -Powershares Dynamic Pharmaceutical | | | | | Transfer Out | 09-17 | K | | |
| 48.   -Powershares Exchange TR FD | | | | | Transfer Out | 09-17 | M | | |
| 49.   -The Technology Sel Sec SPDR FD | | | | | Transfer Out | 09-17 | L | | |
| 50.   -US Treasury Zero Coupon, 5/07 | | | | | Sell | 05-15 | J | D | |
| 51.   -US Treasury Note 4.75% 11/15/08 | | | | | Transfer Out | 09-17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  -US Treasury Zero Coupon 2/09 | | | | | Transfer Out | 09-17 | K | | |
| 53.  -US Treasury note 6%, due 8/09 | | | | | Transfer Out | 09-17 | K | | |
| 54.  -FNMA Bond 3.25%, 11/07 | | | | | Transfer Out | 09-17 | K | | |
| 55.  -FHLB Bond 4.75%, 9/09 | | | | | Transfer Out | 09-17 | L | | |
| 56.  -Government National Mortgage Assn. 8%, 11/24 (Y) | | | | | Partial Sale | 9-20 | J | | |
| 57. | | | | | Transfer Out | 09-17 | J | | |
| 58.  -MS Special Value Fund B | | | | | Sell | 03-02 | J | A | |
| 59.  -MS Spectrum Select (Dean Witter Spectrum Select) | | | | | Sell | 09-30 | K | A | |
| 60.  -MS DW Spectrum Currency | | | | | Sell | 09-30 | K | | |
| 61.  -MS Charter Campbell | | | | | Sell | 09-30 | K | C | |
| 62.  -MSDW Charter DWFCM LP | | | | | Sell | 09-30 | K | | |
| 63.  -MS Charter Graham | | | | | Sell | 09-30 | K | B | |
| 64.  -Fidelity Adv Growth Opp | | | | | Sell | 09/24 | K | | |
| 65.  -Ishares Lehman 1-3 YR TSY BD | | | | | Sell | 08-16 | K | A | |
| 66.  -Putnam Premier Income TR SBI | | | | | Sell | 09-14 | K | A | |
| 67.  -FHR 3237 CB 7/36 | | | | | Partial Sale | 9-15 | J | A | |
| 68. | | | | | Transfer Out | 09-17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Federal National Mtg Assn | | | | | Transfer Out | 09-17 | L | | |
| 70. -AIPABSRT | | | | | Buy | 07-01 | L | | |
| 71. -MFS Charter Income | | | | | Buy | 09-19 | K | | |
| 72. | | | | | Transfer Out | 9-27 | L | | |
| 73. -Ishares MSCI Growth | | | | | Buy | 09-24 | K | | |
| 74. | | | | | Transfer Out | 09-27 | K | | |
| 75. -Keyworth Bank | | | | | Buy | 08-29 | K | | |
| 76. Roth IRA #1 | A | Dividend | J | T | | | | | |
| 77. -Van Kampen Growth & Income C | | | | | | | | | |
| 78. Roth IRA #2 | A | Dividend | J | T | | | | | |
| 79. -Van Kampen Growth & Income C | | | | | | | | | |
| 80. Brokerage #4 | | | | | | | | | |
| 81. -MS Focus Growth Fd C | | None | | | Sell | 08-14 | K | | |
| 82. -Dividend Growth Securities B | A | Dividend | | | Sell | 08-14 | J | | |
| 83. | A | Distribution | | | | | | | |
| 84. -MS Bank Deposit Program (Formerly US Gov MM Trust) | A | Interest | J | T | | | | | |
| 85. -MS Strategist Fund C | A | Dividend | K | T | Buy | 08-14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | B | Distribution | | | | | | | |
| 87. -Unit Van Kampen Core Equity Allocation Port | A | Dividend | J | T | Buy | 08-14 | J | | |
| 88. NW Mutual Extra Ordinary Life | | None | J | | | | | | |
| 89. NW Mutual Estate CompLife | | None | L | | | | | | |
| 90. NW Mutual 65 Life | | None | L | | | | | | |
| 91. K & S Investments | A | Interest | J | U | | | | | |
| 92. | A | Dividend | | | | | | | |
| 93. | A | Distribution | | | | | | | |
| 94. C & B Capital I, L.P. * | A | Dividend | K | U | | | | | |
| 95. | A | Interest | | | | | | | |
| 96. | D | Distribution | | | | | | | |
| 97. C & B Capital II, L.P. ** | A | Interest | K | U | | | | | |
| 98. | A | Distribution | | | | | | | |
| 99. Betsy Byars, Inc. | | None | M | W | | | | | |
| 100. Gold coins | | None | J | T | | | | | |
| 101. Brokerage Account #1 | | | | | | | | | |
| 102. -MS Bank Deposit Program | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Ishares MSCI EAFE Fund | | None | | | Transfer Out | 09-17 | K | | |
| 104. -Ishares MSCI Emerging Markets | | None | | | Partial Sale | 02-02 | K | D | |
| 105. | | | | | Transfer Out | 09-17 | K | | |
| 106. -Ishares DJ Consumer Cylclical | A | Dividend | | | Partial Sale | 04-13 | J | A | |
| 107. | | | | | Transfer Out | 09-17 | K | | |
| 108. -Ishares DJ Consumer Noncyclical | A | Dividend | | | Transfer Out | 09-17 | K | | |
| 109. -Ishares DJ Financial | A | Dividend | | | Partial Sale | 07-02 | J | C | |
| 110. | A | Distribution | | | Transfer Out | 09-17 | L | | |
| 111. -Ishares DJ Healthcare | A | Dividend | | | Transfer Out | 09-17 | L | | |
| 112. -Ishares DJ Industrial | A | Dividend | | | Transfer Out | 09-17 | L | | |
| 113. -Standard & Poors Midcap 400 | A | Dividend | | | Transfer Out | 09-17 | L | | |
| 114. -Intertational Value Equity Fund | E | Distribution | M | T | Partial Sale | 09-24 | J | C | |
| 115. | C | Dividend | | | | | | | |
| 116. -MS Equally Weighted S & P 500 | D | Distribution | L | T | Partial Sale | 05-01 | J | C | |
| 117. | B | Dividend | | | | | | | |
| 118. -Georgia St General Obligation Ser D | C | Interest | | | Transfer Out | 09-17 | M | | |
| 119. -San Diego Cnty CA Pension Oblg | | None | L | T | Buy | 10-24 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,900 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  Brokerage Account #3 | | | | | | | | | |
| 121.  -MS Bank Deposit Program | A | Interest | J | T | Deposit | 09-24 | J | | |
| 122.  -Georgia ST GO-D | C | Interest | | | Transfer In | 09-17 | M | | |
| 123. | | | | | Redeemed | 10-01 | L | | |
| 124.  -Ishares Dow Jns US Financial Sector | A | Dividend | L | T | Transfer In | 09-17 | L | | |
| 125. | A | Distribution | | | | | | | |
| 126.  -Ishares Dow Jns Us Cons Cyclcl | A | Dividend | K | T | Transfer In | 09-17 | K | | |
| 127.  -Ishares DJ US Cnsmr Non Cyclcl | A | Dividend | L | T | Transfer In | 09-17 | K | | |
| 128.  -Ishares DJ US Healthcare Scter | A | Dividend | L | T | Transfer In | 09-17 | L | | |
| 129.  -Ishares DJ US Indl Scter | A | Dividend | L | T | Transfer In | 09-17 | L | | |
| 130.  -Ishares MSCI Emerging Mkts Fd | A | Dividend | K | T | Transfer In | 09-17 | K | | |
| 131.  -Ishares MSCI EAFE Fund | B | Dividend | K | T | Transfer In | 09-17 | K | | |
| 132.  -Standard & Poors Midcap 400 | A | Dividend | K | T | Transfer In | 09-17 | L | | |
| 133. | | | | | Donated | 11-02 | J | | |
| 134.  IRA #3 | C | Dividend | P1 | T | | | | | |
| 135. | C | Interest | | | | | | | |
| 136.  -Morgan Stanley Bank Deposit Program | | | | | Deposit | 09-17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 • | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -The Technology Sel Sec SPDR FD | | | | | Transfer In | 09-17 | L | | |
| 138. -Ishares Dow Jns US Fincl Sectr | | | | | Transfer In | 09-17 | L | | |
| 139. -Ishares DJ US Basic Mtls Sctr | | | | | Transfer In | 09-17 | K | | |
| 140. -Ishares Dow Jns US Cons Cyclcl | | | | | Transfer In | 09-17 | K | | |
| 141. -Ishares DJ US Healthcare Sctr | | | | | Transfer In | 09-17 | L | | |
| 142. -Powershares Dynamic Pharmaceutacal | | | | | Transfer In | 09-17 | K | | |
| 143. -Powershares Exchange TR FD | | | | | Transfer In | 09-17 | M | | |
| 144. -Eaton Vance Ltd Durations FD | | | | | Transfer In | 09-17 | K | | |
| 145. -Ishares S&P Glbl Engy Sctr Idx | | | | | Transfer In | 09-17 | M | | |
| 146. -FHR 3237 CB | | | | | Transfer In | 09-17 | K | | |
| 147. | | | | | Partial Sale | 12-15 | J | A | |
| 148. -FNMA 11/15/07 | | | | | Transfer In | 09-17 | K | | |
| 149. | | | | | Sell | 11-15 | K | A | |
| 150. -FHLB | | | | | Transfer In | 09-17 | L | | |
| 151. | | | | | Sell | 12-03 | L | A | |
| 152. -FNMA 7/18/12 | | | | | Transfer In | 09-17 | L | | |
| 153. | | | | | Sell | 12-14 | L | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  -GNMA Pool | | | | | Transfer In | 09-17 | J | | |
| 155. | | | | | Partial Sale | 12-20 | J | A | |
| 156.  -US TSY Note 8/15/09 | | | | | Transfer In | 09-17 | K | | |
| 157.  -US TSY Note 11/15/08 | | | | | Transfer In | 09-17 | J | | |
| 158.  -MFS Charter Income TR SBI | | | | | Transfer In | 09-27 | L | | |
| 159.  -US TSY BD Fed 2/15/09 | | | | | Transfer In | 09-17 | K | | |
| 160.  -Ishares MSCI Growth Index FD | | | | | Transfer In | 09-27 | K | | |
| 161.  -FHLMC | | | | | Buy | 10-23 | L | | |
| 162.  -Ishares Glbl Tech Sectr | | | | | Buy | 10-23 | L | | |
| 163.  One Georgia Bank (See Part VIII for details) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

*Ownership interest percentage is 0.26121%. During the reporting period, C&B Capital I, L.P. held interests in the following companies:
    Ancillary Health Care Solutions, Inc. (Formerly Cypress Care, Inc.)
    Central Security Group, Inc.
    VCG, Inc.
    S.P.I. Dynamics, Inc.
    Global Care, Inc.
    NuBridges, Inc.
    Alliance Surgery, Inc.
    Alimera Sciences, Inc.
    Focus Receivables Management, Inc.

**Ownership interest percentage is 0.74340%. During the reporting period, C&B Capital II, L.P. held interests in the following companies:
    MR Default Services, Inc.
    SnagAJob.com, L.P.
    CBG Holdings, Inc.
    The VIP Tour Company, Inc. (d/b/a TicketsNow)

**Error Corrections - Part VII - One Georgia Bank - stock was purchased 5/5/06 in the amount of $10,000.

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S | 05/08/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatur

May 13, 2008

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544